

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
Western DIVISION



FILED
2010 MAY 26 PM 12:02

CLERK, US
BANKRUPTCY
TOLEDO, OHIO

In the matter of:

ROBINSON, CHARLOTTE K.

Debtor.

Case No. 07-30776

Chapter 7

Judge MARY ANN WHIPPLE

DIVIDENDS LESS THAN $5.00

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has combined dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No <u>10120</u> in the amount of $<u>3.09</u>.

The dividend relates to the following claimant:

| Claimant | Amount |
|---|---|
| Debt Recovery Solutions<br>PO Box 1307<br>Mansfield, OH 44901 | $ 3.09 |
| Total: | $ 3.09 |

/s/ BRUCE COMLY FRENCH
BRUCE COMLY FRENCH, Trustee
Reg. No. 0005298
PO BOX 839
LIMA, OH 45802-0839
Telephone: (419) 222-9134
Facsimile: (419) 222-9437